```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JOHN WINTON HARRIS
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-326 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE AND TO EXCLUDE TIME |
| ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| JOHN WINTON HARRIS, ) | |
| ) | Date: April 11, 2013 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

It is hereby stipulated and agreed to by and between the United States of America, through Todd Pickles, Assistant U.S. Attorney, and defendant, JOHN WINTON HARRIS by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for Thursday, March 7, 2013, be vacated and a new status conference be set on Thursday, April 11, 2013 at 9:00 a.m.

This continuance is requested in order to accommodate ongoing investigation and discussions regarding non-trial disposition as well as counsel's schedules.

It is further stipulated that the time period from the date of this stipulation, March 4, 2013, through and including April 11, 2013, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

///

Dated: March 4, 2013

    Respectfully submitted,
    JOSEPH SCHLESINGER
    Acting Federal Defender

    /s/ Matthew C. Bockmon
    MATTHEW C. BOCKMON
    Assistant Federal Defender
    Attorney for Defendant
    JOHN WINTON HARRIS

Dated: March 4, 2013

    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Matthew C. Bockmon for
    TODD PICKLES
    Assistant U.S. Attorney
    Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 4, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, March 7, 2013, be vacated and that a new status conference date be set on April 11, 2013 at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 4, 2013 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including April 11, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: March 8, 2013

    _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT JUDGE